Anna Cohen, defendant in error, v. Frank Biszo, alias Frank Pico and Frank Bicio, plaintiff in error. Gen. No. 29,969.

Writ of error to reverse default judgment entered against defendant after setting aside without notice. Judgment in his favor entered for want of prosecution. Error to the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed November 23, 1925. Rehearing denied December 7, 1925.

C. H. McDermott, for plaintiff in error. No appearance for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Peter Tutules, plaintiff in error, v. Alex G. Javaras and Chicago Title & Trust Company, defendants in error. Gen. No. 29,992.

Suit to rescind agreement to sell partnership assets. Bill dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

O'Donnell & Toolen, for plaintiff in error. Soelke, Johnson & Koehn and Clarence A. Samuel, for defendants in error; Joseph Lewi, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

Harry P. Hafer, trading as Hafer Coal Company, appellee, v. Mary Swift and Genevieve Swift, appellants. Gen. No. 30,025.

Action for coal sold and delivered. Judgment for plaintiff. Appeal from Municipal Court of Chicago; the Hon. Francis Allegretti, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed with judgment of nil capiat. Opinion filed November 23, 1925.

Harry A. Biossat, for appellants. No appearance for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

---

John B. Andersen, appellee, v. St. Mary's Training School, a corporation, appellant. Gen. No. 30,034.

Action for balance alleged due on account. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. William V. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed November 23, 1925.

Charles B. Collins, for appellant. A. F. W. Siebel, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.